# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MONICA EDWARDS, individually**
**and on behalf of all others similarly situated**          **PLAINTIFF**

**v.**          **Case No. 4:21-cv-00029**

**ABOVE AND BEYOND HOME CARE**
**OF CENTRAL ARKANAS, INC.**          **DEFENDANT**

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Above and Beyond Home Care of Central Arkansas, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Above and Beyond Home Care of Central Arkansas, Inc. does not have a parent corporation.

2. No publicly traded corporation owns 10% or more of Above and Beyond Home Care of Central Arkansas, Inc.

Respectfully submitted,

John Holleman, ABN 91056
jholleman@johnholleman.net
Timothy A. Steadman, ABN 2009113
tim@johnholleman.net
HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, Arkansas 72201
Tel. 501.975.5040