IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONICA EDWARDS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:21-cv-29-KGB

**ABOVE AND BEYOND HOME CARE**     **DEFENDANT**
**OF CENTRAL ARKANSAS, INC.**

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Monica Edwards ("Edwards") and Opt-In Plaintiff Desirree Hampton-Gober ("Hampton-Gober") (collectively, "Plaintiffs"), by and through their undersigned counsel, for their Notice of Acceptance of Offer of Judgment, do state and allege as follows:

1. On July 18, 2024, counsel for Defendant Above and Beyond Home Care of Central Arkansas, Inc. ("Defendant"), served Plaintiffs' counsel with an offer of judgment for Edwards in the sum of $5,906.76 and an offer of judgment for Hampton-Gober in the sum of $775.96, both offers inclusive of liquidated damages. Defendant also agrees to pay costs and reasonable attorneys' fees incurred in pursing Plaintiffs' claims through the date through the date the offered was served in an amount to be agreed to by the parties or, if no agreement is reached within 14 days of acceptance, determined by the Court upon a properly supported petition. Defendant's Offer of Judgment to Edwards and Hampton-Gober is attached as Exhibit 1.

2. The deadline for Plaintiffs to accept their respective Offer of Judgment is August 1.

Page 1 of 2
Monica Edwards, et al. v. Above and Beyond Home Care of Central Arkansas, Inc.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-029-KGB
Notice of Acceptance of Offer of Judgment

3. Plaintiffs hereby **accept** Defendant's Offers of Judgment for $5,906.76 and $775.96 inclusive of liquidated damages; plus a reasonable amount of attorneys' fees and costs incurred by Plaintiffs.

4. Plaintiffs contend that Defendant's offers to them equal or exceed their maximum recovery from Defendant on the claims contained in this case.

Respectfully submitted,

**PLAINTIFF MONICA EDWARDS,**
**Individually and on Behalf of**
**All Others Similarly Situated**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Monica Edwards, et al. v. Above and Beyond Home Care of Central Arkansas, Inc.
U.S.D.C. (E.D. Ark.) No. 4:21-cv-029-KGB
Notice of Acceptance of Offer of Judgment