# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MONICA EDWARDS, individually**
**and on behalf of all others similarly situated**     **PLAINTIFF**

v.     Case No. 4:21-cv-00029

**ABOVE AND BEYOND HOME CARE**
**OF CENTRAL ARKANAS, INC.**     **DEFENDANT**

## OFFER OF JUDGMENT

TO: Monica Edwards and Desirree Hampton-Gober.

Pursuant to Federal Rule of Civil Procedure 68, Defendant Above & Beyond Home Care of Central Arkansas, Inc. ("Above & Beyond") offers to allow judgment to be taken against it by Edwards and Hampton-Gober as follows:

1.   To Monica Edwards, a total of $5,906.76, payable as follows: (1) wages in the amount of $2,953.38 (less required payroll tax withholdings) and (2) liquidated damages in the amount of $2,953.38. Above & Beyond also agrees to pay costs and reasonable attorneys' fees incurred in pursuing Edwards's claims through the date this offer is served (July 18, 2024) in an

amount to be agreed to by the parties or, if no agreement is reached within 14 days of acceptance, determined by the Court upon a properly supported petition. Above & Beyond reserves the right to appeal any order awarding attorneys' fees.

2.   To Desirree Hampton-Gober, a total of $775.96, payable as follows: wages in the amount of $387.98 (less required payroll tax withholdings) and liquidated damages in the amount of $387.98. Above & Beyond also agrees to pay costs and reasonable attorneys' fees incurred in pursuing Hampton-Gober's claims through the date this offer is served (July 18, 2024) in an amount to be agreed to by the parties or, if no agreement is reached within 14 days of acceptance, determined by the Court upon a properly supported petition. Above & Beyond reserves the right to appeal any order awarding attorneys' fees.

3.   This offer is contingent upon acceptance by both Edwards and Hampton-Gober, who may accept this Offer of Judgment by serving written notice within 14 days after service.

4.   This is an offer to dispose of Plaintiffs' claims to avoid the costs of litigation. Defendants deny all claims asserted in this lawsuit.

5.  Pursuant to Federal Rule of Civil Procedure 68 and Federal Rule of Evidence 408, if this offer is not accepted within fourteen (14) days, it shall be deemed rejected and evidence thereof shall not be admissible except in a proceeding to determine costs, including reasonable attorneys' fees.

DATE: July 18, 2024.

Respectfully submitted,

_____
John Holleman, ABN 91056
Timothy A. Steadman ABN 2009113
tim@johnholleman.net
HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, AR 72201
Telephone: (501) 975-5040
Facsimile: (501) 975-5043

## CERTIFICATE OF SERVICE

I certify that on July 18, 2024, I caused Defendants' Offer of Judgment to be served upon the following via hand-delivery and e-mail:

Josh Sanford (josh@sanfordlawfirm.com)
SANFORD LAW FIRM, PLLC
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211

_____
Timothy A. Steadman