IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONICA EDWARDS, individually**
**and on behalf of all others similarly situated**                    **PLAINTIFF**

**v.**            **Case No. 4:21-cv-00029**

**ABOVE AND BEYOND HOME CARE**
**OF CENTRAL ARKANAS, INC.**                                          **DEFENDANT**

## SATISFACTION OF JUDGMENT

Pursuant to Plaintiffs' Acceptance of Defendant's Offer of Judgment (Doc. 34), Plaintiffs were entitled to payment in the amount set forth in the offer of judgment. Plaintiffs' were also entitled to reasonable attorneys' fees and costs incurred up to the date of the offer of judgment in an amount either agreed to by the parties or awarded by the Court. The parties agreed on the amount of reasonable attorneys' fees a costs and all payments required by the Defendant's Offer of Judgment have been paid. Thus, Defendant has fully satisfied this judgment in favor of Plaintiffs, and Plaintiffs certify that there are no outstanding executions with any Sheriff or Marshall.

Respectfully Submitted,

PLAINTIFF MONICA EDWARDS,
Individually and on Behalf of
All Others Similarly Situated

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
