IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONICA EDWARDS, Individually and**
**on Behalf of All Others Similarly Situated**                              **PLAINTIFF**

v.                    Case No. 4:21-cv-00029 KGB

**ABOVE AND BEYOND HOME CARE**
**OF CENTRAL ARKANSAS, INC.**                                              **DEFENDANT**

## ORDER

Before the Court are defendant Above and Beyond Home Care of Central Arkansas, Inc.'s ("Above and Beyond") offer of judgment and a notice of acceptance of offer of judgment filed by plaintiff Monica Edwards and opt-in plaintiff Desiree Hampton-Gober (Dkt. Nos. 34; 34-1). The Court notes that Ms. Edwards has filed a notice of satisfaction of judgment stating that all payments required by Above and Beyond's offer of judgment have been paid, including attorney's fees, and certifying that there are no outstanding executions with any sheriff or marshal (Dkt. No. 35). In the light of the offer of judgment, the notice of acceptance of offer of judgment, and the notice of satisfaction of judgment, the Court dismisses with prejudice Ms. Edwards's complaint (Dkt. No. 1). The Court denies as moot Ms. Edwards's motion for conditional certification, for approval and distribution of notice, and for disclosure of contact information (Dkt. No. 6).

It is so ordered this 2nd day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge