IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MONICA EDWARDS, Individually and
on Behalf of All Others Similarly Situated**                                                                                **PLAINTIFF**

v.                                    Case No. 4:21-cv-00029 KGB

**ABOVE AND BEYOND HOME CARE
OF CENTRAL ARKANSAS, INC.**                                                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the notice of acceptance of offer of judgment filed by plaintiff Monica Edwards and opt-in plaintiff Desiree Hampton-Gober (Dkt. No. 34), judgment is entered in accordance with the terms of the offer of judgment (Dkt. No. 34-1). The complaint is dismissed with prejudice (Dkt. No. 1).

It is so adjudged this the 2nd day of December, 2024.

Kristine G. Baker
Chief United States District Judge